**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      ROBERT KEEN       :       CHAPTER 13
:
:
DEBTOR       :       BANKRUPTCY No. 16-10142 ELF

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | **$3,500.00** |
| Total expense cost: | $    0.00 |
| Attorney fee already paid by Debtor | $1,500.00 |
| Net amount to be paid by Trustee | $2,000.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, to the extent provided for in the confirmed plan.*

Date: 8/16/16

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

_____

\*

The award is based upon the expectation that counsel will apply for supplemental fees for post-confirmation services rendered in connection with the loan modification and/or the adversary proceeding referenced in the confirmed plan