United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10142-elf
Robert Keen                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR              Page 1 of 1            Date Rcvd: Aug 17, 2016
                               Form ID: pdf900           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db              Robert Keen,    956 Walsh Avenue,    Langhorne, PA  19047-2772

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0


Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
          JEREMY JOHN KOBESKI   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Wilmington Savings Fund Society, FSB, Et Al...
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
          ZACHARY  PERLICK   on behalf of Debtor Robert  Keen Perlick@verizon.net,   pireland1@verizon.net
                                                                           TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      ROBERT KEEN    :      CHAPTER 13
                         :
                         :
      DEBTOR            :      BANKRUPTCY No. 16-10142 ELF

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | **$3,500.00** |
| Total expense cost: | $    0.00 |
| Attorney fee already paid by Debtor | $1,500.00 |
| Net amount to be paid by Trustee | $2,000.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, to the extent provided for in the confirmed plan.*

Date:  8/16/16

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

_____

\*

The award is based upon the expectation that counsel will apply for supplemental fees for post-confirmation

services rendered in connection with the loan modification and/or the adversary proceeding referenced in

the confirmed plan