United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert Keen
    Debtor

Case No. 16-10142-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Apr 05, 2017
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
db           Robert Keen,    956 Walsh Avenue,    Langhorne, PA   19047-2772

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:
           DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
            bkgroup@kmllawgroup.com
           DENISE ELIZABETH CARLON    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com
           JEREMY JOHN KOBESKI    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
            bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
           MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
            bkgroup@kmllawgroup.com
           THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
            tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER     ecfemails@ph13trustee.com,    philaecf@gmail.com
           ZACHARY PERLICK    on behalf of Debtor Robert    Keen Perlick@verizon.net,    pireland1@verizon.net
                                                                                                                     TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ROBERT KEEN, | : | |
| Debtor | : | Bky. No. 16-10142 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 41) is **APPROVED**.

**Date: April 5, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**