# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Keen <br>     Debtor <br><br> Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust <br>     Movant <br> vs. <br> Robert Keen <br>     Debtor <br><br> William C. Miller <br>     Trustee | Chapter 13 <br><br> NO. 16-10142 ELF |

## ORDER

AND NOW, this 25th day of May, 2017 upon the filing of a Certification of Default by the Movant, in accordance with the Stipulation of the parties approved by the Court on February 17, 2017 it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust or its successor or assignee to continue or commence mortgage foreclosure proceedings against the property at 956 Walsh Avenue Langhorne, PA 19047, and to proceed with the execution of judgment, including a Sheriff's Sale, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Robert Keen
956 Walsh Avenue
Langhorne, PA 19047-2772

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532