United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Keen  
    Debtor

Case No. 16-10142-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: May 25, 2017  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.  
db          Robert Keen,    956 Walsh Avenue,    Langhorne, PA   19047-2772

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:
        DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al... bkgroup@kmllawgroup.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com
        JEREMY JOHN KOBESKI    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al... bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        ZACHARY PERLICK    on behalf of Debtor Robert Keen Perlick@verizon.net, pireland1@verizon.net
                                                                                                                        TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert Keen<br>    Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>    Movant<br>    vs.<br>Robert Keen<br>    Debtor<br><br>William C. Miller<br>    Trustee | Chapter 13<br><br>NO. 16-10142 ELF |

**ORDER**

AND NOW, this 25th day of May, 2017 upon the filing of a Certification of Default by the Movant, in accordance with the Stipulation of the parties approved by the Court on February 17, 2017 it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust or its successor or assignee to continue or commence mortgage foreclosure proceedings against the property at 956 Walsh Avenue Langhorne, PA 19047, and to proceed with the execution of judgment, including a Sheriff's Sale, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

Robert Keen
956 Walsh Avenue
Langhorne, PA 19047-2772

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532